# First District Court of Appeal
# State of Florida

_____

No. 1D17-3830
_____

STEVEN LASHAUN DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Washington County.
Christopher N. Patterson, Judge.

January 25, 2019


PER CURIAM.

AFFIRMED.

BILBREY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Steven Lashaun Davis, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.